AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Eastern District of New York

Marta Hanyzkiewicz

        Plaintiff (s),

V.

Nonoo, LLC

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-02448-HG-TAM

Notice is hereby given that, subject to approval by the court, __Nonoo, LLC__ substitutes
                    (Party (s) Name)

__Edward C. Wipper__, State Bar No. __4095337__ as counsel of record in
(Name of New Attorney)

place of __Joseph Myer Sanderson of Steptoe & Johnson LLP.__
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Benesch Friedlander Coplan and Aronoff LLP |
| Address: | 1330 Avenue of the Americas, Ste 23A New York, NY 10019 |
| Telephone: | 646.593.7050   Facsimile |
| E-Mail (Optional): | ewipper@beneschlaw.com |

I consent to the above substitution.

Date: 3/9/2023

Nonoo, LLC

*Misha Nonoo* (DocuSigned by: 46C14B9386A9432...)
(Signature of Party (s))

I consent to being substituted.

Date: 3/8/2023

Steptoe & Johnson LLP

/s/ Joseph Myer Sanderson
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/8/2023

s/ Edward C. Wipper
(Signature of New Attorney)
Benesch Friedlander Coplan and Aronoff LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                     Judge
                        Hon. Hector Gonzalez

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]